STEVEN J. ROTHANS – State Bar No. 106579
JUSTIN READE SARNO – State Bar No. 229803
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa Street, Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 [fax]
srothans@crdlaw.com/jsarno@crdlaw.com

Attorneys for Defendant, CITY OF CULVER CITY, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO RAMOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF CULVER CITY, JOHN MONTANIO, ADAM TREANOR, CHARLES KOFFMAN, ANDREW BELLANTE, MARCUS COLEN, BRIAN HEMPEL, CURTIS MASSEY AND DOES 1 THROUGH 10<br><br>　　　　　Defendants. | Case No.: CV 07-4706 PA (JCx)<br><br>**DECLARATION OF JUSTIN READE SARNO IN SUPPORT OF DEFENDANT CITY OF CULVER CITY'S SUPPLEMENTAL BRIEF RE: PLAINTIFF EDWARDO RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]**<br><br>**United States District Court Judge Honorable Percy Anderson**<br><br>Magistrate Judge<br>Honorable Jacqueline Chooljian |

I, JUSTIN READE SARNO, declare:

1.　This Declaration is being submitted in support of Defendant CITY OF CULVER CITY's Supplemental Brief in Opposition to Plaintiff's Motion to Compel Further Responses to Request for Production of Documents, that is being filed in this lawsuit entitled <u>Edwardo Ramos, et al. v. City of Culver City, et al.</u>, bearing Case Number CV 07-4706 PA (JCx).

2.　I am an attorney, duly licensed to practice law before all of the courts in the State of California, and am an associate for the law firm of Carpenter,

Rothans & Dumont, attorneys of record for Defendant, CITY OF CULVER CITY, a public entity, in this action.

3. The following facts are stated from my personal knowledge, except those facts stated on information and belief, which I believe to be true and if called as a witness I could and would so competently testify thereto under oath.

4. Following the Minute Order issued by this Honorable Court [Honorable Magistrate Judge Jacqueline Chooljian] on March 21, 2008, the parties as well as their technical representatives met and conferred telephonically regarding the subject matter of Plaintiff's Request for Production of Documents No. 5.

5. I was present for the telephonic meet and confer conference, as well as Lt. Christopher Maddox and Officer Marc Young of the Culver City Police Department.

6. For Plaintiff, Attorney Olu K. Orange, Esq., and his technical representative Ms. Shawn Featherstone were present.

7. The parties discussed the issue of the search capabilities and limitations of the Culver City Police Department's records database. All pertinent information relative to the Court's request on this issue has been set forth for the Court's benefit, by Officer Marc Young in his attached declaration to the instant Supplemental Brief.

8. Every effort was made to answer each and every one of Plaintiff's questions regarding the search capabilities and structure of the CCPD records database. It is believed that both parties have an informed and adequate understanding of the hardship that exists with respect to acquiring, collating, and retrieving all of the categories of documents that have been requested for purposes of Request for Production No. 5. [See Declaration of Officer Marc Young].

///

///

9. It is respectfully submitted that a discovery dispute remains in existence with respect to Request for Production No. 5, following our meet and confer conference of March 25, 2008.

10. Defendant CITY OF CULVER CITY submits that it has made the requisite legal and factual demonstration necessary to substantiate the burdens imposed by Request No. 5, which significantly outweigh the benefits of production. For the reasons contained in the instant Supplemental Brief, the Declaration of Officer Marc Young, as well as my declaration hereto, Defendant CITY OF CULVER CITY hereby respectfully requests that this Court deny Plaintiff's motion to compel as to all remaining items in dispute.

11. Attached hereto as Exhibit "A" is a true and correct copy of the portion of the use-of-force manual that Defendant CITY OF CULVER CITY has already produced to Plaintiff RAMOS in this litigation. Specifically, this portion of the use-of-force manual relates to "less than lethal force," which is specifically germane to the issue of "excessive force" that Plaintiff has raised as part of his Fourth Amendment claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26th, 2008, at Los Angeles, California.

JUSTIN READE SARNO - Declarant

DECLARATION OF JUSTIN READE SARNO

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On March 26, 2008, I served the foregoing document(s) described as:

**DECLARATION OF JUSTIN READE SARNO IN SUPPORT OF DEFENDANT CITY OF CULVER CITY'S SUPPLEMENTAL BRIEF RE: PLAINTIFF EDWARDO RAMOS' REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]**

upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

Olu K. Orange, Esq.
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
*Attorneys for Plaintiff EDWARDO RAMOS*

**BY MAIL & E-MAIL TRANSMISSION (o.orange@orangelawoffices.com)**
__X__ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 26, 2008, at Los Angeles, California.

**FEDERAL**
__X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Justin Reade Sarno
(Signature)