STEVEN J. ROTHANS – State Bar No. 106579
JUSTIN READE SARNO – State Bar No. 229803
CARPENTER, ROTHANS & DUMONT
888 South Figueroa, Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 [Fax]
srothans@crdlaw.com/jsarno@crdlaw.com

Attorneys for Defendants, CITY OF CULVER CITY, a public entity, OFFICER ADAM TREANOR, OFFICER CHARLES KOFFMAN, OFFICER ANDREW BELLANTE, OFFICER MARCUS COLEN, OFFICER BRIAN HEMPEL, and SGT. CURTIS MASSEY, public employees

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF CULVER CITY, JOHN MONTANIO, ADAM TREANOR, CHARLES KOFFMAN, ANDREW BELLANTE, MARCUS COLEN, BRIAN HEMPEL, CURTIS MASSEY AND DOES 1 THROUGH 10,<br><br>Defendants | Case No.: CV 07-4706 PA (JCx)<br><br>**DECLARATION OF OFFICER ADAM TREANOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>*[Filed Concurrently with Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication]*<br><br>DATE: May 19, 2008<br>TIME: 1:30 P.M.<br>COURTROOM: "15"<br><br>**United States District Court Judge Honorable Percy Anderson** |

## DECLARATION OF OFFICER ADAM TREANOR

I, OFFICER ADAM TREANOR, declare:

1. The following facts are stated from my personal knowledge, except those facts stated on information and belief, which I believe to be true and if called as a witness I could and would so competently testify thereto under oath.

-1-
DECLARATION OF OFFICER ADAM TREANOR

2. This Declaration is being submitted in support of the Motion for Summary Judgment or, in the alternative, Summary Adjudication filed by Defendants CITY OF CULVER CITY, a public entity, and OFFICER ADAM TREANOR, OFFICER CHARLES KOFFMAN, OFFICER ANDREW BELLANTE, OFFICER MARCUS COLEN, OFFICER BRIAN HEMPEL, and SGT. CURTIS MASSEY, public employees in the instant civil lawsuit entitled <u>Edwardo Ramos, et al. v. City of Culver City, et al.</u>, bearing Case Number CV 07-4706 PA (JCx).

3. I have been employed as a peace officer for the City of Culver City Police Department since 2001.

4. In 2006, I was assigned specifically to the Crime Impact Team, along with Officer CHARLES KOFFMAN, in which I obtained specialized knowledge in current trends in street gangs and tactics.

5. On July 22, 2006, I along with OFFICER CHARLES KOFFMAN of the Culver City Police Department (CCPD) were working uniformed patrol in a marked black and white police vehicle.

6. At approximately 12:15 a.m., OFFICER KOFFMAN and I were driving southbound through the west alley of Walnut Avenue approaching Washington Boulevard at approximately five (5) miles per hour, when I observed Plaintiff EDWARDO RAMOS in the north parking lot of the Red Garter Bar.

7. The Red Garter Bar is located in the Venice area of California.

8. I observed RAMOS peering through the window of a parked, dark color pick-up truck.

9. Based on my training and experience with the Culver City Police Department, and specifically in relation to my training and experience with the CCPD Crime Impact Team, it appeared that RAMOS was dressed in a manner consistent with Hispanic gang members on the west side of Los Angeles, specifically the "Venice 13" street gang.

10. Based on my training and experience with the Culver City Police Department, and specifically in relation to my training and experience with the CCPD Crime Impact Team, I was aware that the Red Garter bar was frequented by members of the "Venice 13" street gang who maintain a rivalry with the "Culver City 13" street gang.

11. At the time of the incident, Plaintiff was wearing a blue cap, gray button-down shirt, white t-shirt, blue jeans, and black shoes.

12. As OFFICER KOFFMAN and I approached RAMOS in our marked police vehicle, RAMOS crouched down in the front area of the pick-up truck, near the engine area.

13. As OFFICER KOFFMAN drove westbound through the parking lot, RAMOS stood up, looked in the direction of the police vehicle, and ran spontaneously through the parking lot.

14. I exited the police vehicle and yelled at RAMOS, ordering him to stop.

15. RAMOS did not stop and continued running westbound onto the south sidewalk of Lincoln Boulevard.

16. I broadcast on my radio that I was in foot pursuit of RAMOS, and other CCPD units responded to assist.

17. I repeatedly ordered RAMOS to stop, and RAMOS continued running southbound on Lincoln Boulevard from the location, as I chased him on foot.

18. RAMOS ran westbound across Lincoln Boulevard toward Harrison Avenue. RAMOS then continued westbound on Harrison Avenue and turned northbound through the west alley of Lincoln Boulevard.

19. I observed RAMOS climb over the east fence and into the backyard of the residence at 1147 Harrison Avenue.

20. I responded to the front of the residence, as OFFICER KOFFMAN responded north of the location on Grant Avenue.

21. As other CCPD units arrived on scene, a perimeter was established to contain the residence.

22. A search team was established at the scene consisting of SGT. CURTIS MASSEY and OFFICERS BRIAN HEMPEL, ANDREW BELLANTE, MARCUS COLEN, and OFFICERS KOFFMAN and I.

23. As the officers searched the south yard of 1145 Harrison Avenue, I observed RAMOS crouched down and hiding in the west walkway of the residence behind a stairwell.

24. As RAMOS did not lie down on the ground, I became concerned for KOFFMAN's safety and responded to assist KOFFMAN in taking RAMOS into custody.

25. I attempted to assist OFFICER KOFFMAN by gaining control of RAMOS' left hand to use our combined strength to pull him to the ground.

26. As I attempted to place RAMOS' left hand behind his back, RAMOS continued to kick, striking me in the right knee.

27. Based on the fact that it appeared to me that RAMOS was resisting our efforts to handcuff him, and may have been attempting to arm himself with a weapon, OFFICERS KOFFMAN and I struck RAMOS in order to overcome his resistance and facilitate handcuffing.

28. OFFICER KOFFMAN and I were then able to pull RAMOS toward the ground.

29. As OFFICER KOFFMAN and I pulled RAMOS to the ground, RAMOS continued to resist and as a result, his head came into contact with a garden hose holder and a concrete wall adjacent to the east stairwell.

30. OFFICER KOFFMAN and I were then able to handcuff RAMOS and take him into custody.

31. RAMOS was transported to Brotman Medical Center for medical treatment where he was cleared for booking.

LAW OFFICES OF
CARPENTER, ROTHANS & DUMONT
888 S. FIGUEROA STREET
SUITE 1960
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 228-0400
FACSIMILE (213) 228-0401

32. RAMOS was then transported to the Culver City Police Department and booked for violation of Penal Code § 243(c)(1) (*assault on a peace officer*).

33. In engaging in the chase, pursuit, and detention of RAMOS, I entertained the honest, good faith belief that I was acting lawfully under the totality of the circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2008, at Culver City, California.

*Adam Treanor* #738

OFFICER ADAM TREANOR - Declarant

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On April 25, 2008, I served the foregoing document(s) described as:

**DECLARATION OF OFFICER ADAM TREANOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

Olu K. Orange, Esq.
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
*Attorneys for Plaintiff EDWARDO RAMOS*

**BY MAIL & E-MAIL TRANSMISSION (o.orange@orangelawoffices.com)**
__X__ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 25, 2008, at Los Angeles, California.

**FEDERAL**
__X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Justin Reade Sarno    _____
                                (Signature)