STEVEN J. ROTHANS – State Bar No. 106579
JUSTIN READE SARNO – State Bar No. 229803
CARPENTER, ROTHANS & DUMONT
888 South Figueroa, Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 [Fax]
srothans@crdlaw.com/jsarno@crdlaw.com

Attorneys for Defendants, CITY OF CULVER CITY, a public entity, OFFICER ADAM TREANOR, OFFICER CHARLES KOFFMAN, OFFICER ANDREW BELLANTE, OFFICER MARCUS COLEN, OFFICER BRIAN HEMPEL, and SGT. CURTIS MASSEY, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF CULVER CITY, JOHN MONTANIO, ADAM TREANOR, CHARLES KOFFMAN, ANDREW BELLANTE, MARCUS COLEN, BRIAN HEMPEL, CURTIS MASSEY AND DOES 1 THROUGH 10,<br><br>Defendants | Case No.: CV 07-4706 PA (JCx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE PENDING CITY COUNCIL AND PLAINTIFF'S APPROVAL OF PROPOSED SETTLEMENT; ORDER THEREON**<br><br>**United States District Court Judge Honorable Percy Anderson** |

PLEASE TAKE NOTICE that the parties herein have reached a conditional settlement, contingent upon the approval of the City Council of the CITY OF CULVER CITY and Plaintiff RAMOS. It is anticipated that the City Council will approve the terms of the proposed settlement at their upcoming meeting on May 19, 2008.

WHEREAS, the parties have reached a conditional settlement of this pending civil rights action. Further, it is acknowledged that plaintiff's counsel had previously scheduled the following depositions: Deposition of Officer Treanor

1  (May 14); Deposition of Officer Koffman (May 15); Deposition of City's PMK
2  (May 19); Deposition of Officer Bellante (May 20); Deposition of Officer Colen
3  (May 20); Deposition of Officer Hempel (May 21); and Deposition of Sgt. Massey
4  (May 21). Therefore, it is expressly agreed that in the event the City Council of
5  the CITY OF CULVER CITY does not approve the proposed settlement, that
6  Plaintiff RAMOS will be permitted to conduct these depositions on mutually
7  convenient dates and times prior to the trial of this action.

8      WHEREAS, plaintiff's counsel, Olu Orange must also obtain final approval
9  of the terms of the proposed settlement from his client, Mr. Ramos; and Mr. Ramos
10 is currently located at Soledad State Prison; and plaintiff's counsel must obtain
11 clearance and schedule a visit through the prison authorities and fly to San Jose
12 and drive down to Soledad to speak with Mr. Ramos.

13     WHEREAS, plaintiff's counsel, Olu Orange, had previously submitted
14 various Public Records Act requests to the CITY OF CULVER CITY, in light of
15 the allegations and issues in this pending action, those Public Records Act requests
16 are deemed withdrawn pending the approval of the proposed settlement herein.

17     IT IS THEREFORE STIPULATED by and between the parties hereto
18 through their respective attorneys of record that in the unlikely event that the City
19 Council of the CITY OF CULVER CITY does not approve the proposed
20 settlement, OR if Plaintiff RAMOS does not approve the proposed settlement, that
21 Plaintiff RAMOS will be permitted to conduct the depositions of those officers of
22 the CCPD as set forth herein, notwithstanding the existing discovery cut-off.
23 Counsel request that Plaintiff RAMOS have ten court days from the date of
24 plaintiff's counsel's meeting with him within which to conduct the depositions.
25 Plaintiff's counsel will make arrangements to visit Plaintiff RAMOS upon the very
26 //
27 //
28 //

1  next available date as indicated by Soledad State Prison authorities, EXCEPT May
2  16, 2008, as plaintiff's counsel must attend graduation ceremonies as faculty at the
3  University of Southern California.

4
5  DATED: May 13, 2008                              CARPENTER, ROTHANS & DUMONT
6
7                                                   By: _____
8                                                        STEVEN J. ROTHANS
                                                         JUSTIN READE SARNO
9                                                        Attorneys for Defendant,
10                                                       CITY OF CULVER CITY,
                                                         a public entity
11
12 DATED: May 13, 2008                              ORANGE LAW OFFICES
13
14                                                  By: _____
15                                                       OLU K. ORANGE
                                                         Attorneys for Plaintiff,
16                                                       EDWARDO RAMOS
17
18 **IT IS SO ORDERED.**                           **HONORABLE PERCY ANDERSON**
19
20 **DATED:** ___/___/____
21                                                  _____
22                                                  **UNITED STATES**
                                                    **DISTRICT COURT JUDGE**
23
24
25
26
27
28

NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION, ORDER THEREON

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On May 13, 2008, I served the foregoing document(s) described as:

**NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE PENDING CITY COUNCIL AND PLAINTIFF'S APPROVAL OF PROPOSED SETTLEMENT; ORDER THEREON**

upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

Olu K. Orange, Esq.
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
*Attorneys for Plaintiff EDWARDO RAMOS*

**BY MAIL & E-MAIL TRANSMISSION (o.orange@orangelawoffices.com)**

  __X__ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  __X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 13, 2008, at Los Angeles, California.

**FEDERAL**

  __X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Toni Lopez-Chavez
_____
(Signature)

- 1 -

PROOF OF SERVICE