1  Olu K. Orange, Esq. , SBN: 213653
2  ORANGE LAW OFFICES
   Equitable Plaza Tower
3  3435 Wilshire Blvd., Suite 2900
4  Los Angeles,  California 90010
   Telephone: (213) 736-9900
5  Fax: (213) 406-1250

6
   <u>Attorney for Plaintiff</u>
7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EDWARDO RAMOS,                      | Case No.: CV07-4706 PA (JCx)

12                                      | PLAINTIFF'S DECLARATION OF
                          Plaintiff,    | COUNSEL AND [PROPOSED] ORDER
13       vs.                            | RE SETTLEMENT

14  THE CITY OF CULVER CITY, JOHN
15  MONTANIO, ADAM TREANOR,             | District Judge: Hon. Percy Anderson
    CHARLES KOFFMAN, ANDREW
16  BELLANTE, MARCUS COLEN, BRIAN       | DISC CUT: 5/19/08
17  HEMPEL, CURTIS MASSEY AND DOES      | TRIAL DATE: 07/29/08
    1 THROUGH 10
18                        Defendants.

19

20       **<u>DECLARATION OF PLAINTIFF'S COUNSEL OLU K. ORANGE</u>**

21

22  **I, OLU K. ORANGE, declare as follows:**

23       1.  I am an attorney at law, duly licensed to practice in all of the Courts of the

24  State of California, the United States District Court, Central District of California and

25  the United States Court of Appeals for the Ninth Circuit.  I am over 18 years of age. My

26  business address is 3435 Wilshire Blvd., Los Angeles, CA 90010. If called and sworn

27  as a witness, I could and would competently testify to the following based on personal

28  knowledge or on my review of files regularly maintained by my office:

                                    1

                                    _____
                                    Plaintiffs' Declaration RE Settlement

2.  On May 13, 2008, Plaintiff and Defendants executed and submitted to the Court a Notice of Conditional Settlement.

3.  On May 19, 2008, Defendants' counsel secured the City of Culver City - City Council's final approval of Plaintiff and Defendants' settlement agreement.

4.  On May 30, 2008, Plaintiff's counsel secured Plaintiff's final approval of Plaintiff and Defendants' settlement agreement.

5.  On June 2, Plaintiff's counsel tendered to Defendants' counsel a RELEASE IN FULL SETTLEMENT AND COMPROMISE signed and executed by Plaintiff in exchange for payment of the agreed upon settlement amount, specified therein.

6.  As of the date of this declaration, Plaintiff and Plaintiff's counsel understand this case to be essentially settled. Further, Plaintiff's counsel has litigated this case vigorously with Defendants' counsel, but has had a collegial and professional relationship with Defendants' counsel and understands tender of the settlement amount to certainly be forthcoming -- it has simply not yet been received.

7.  Plaintiff therefore respectfully requests that the Court take the pending pretrial and trial dates off-calendar in this matter and set an order to show cause hearing regarding settlement and dismissal 60 days from the date hereof.

8.  In the interim, should receipt of the settlement amount occur, Plaintiff's and Defendant's counsel will execute an appropriate request for dismissal and file it with the Court.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this declaration was executed this 19th day of June 2008, at Los Angeles, California.

Respectfully submitted,

DATE: 19 JUNE 2008.

ORANGE LAW OFFICES

Olu K. Orange, Esq. for Plaintiff

2

**STATE OF CALIFORNIA**        }
   **ss.**

**COUNTY OF LOS ANGELES**     }

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Blvd, Suite 2900, Los Angeles, California 90010.

      On June 19, 2008, I served the following Documents: PLAINTIFF'S DECLARATION OF COUNSEL AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES AND ORDER TO SHOW CAUSE RE DISMISSAL upon the interested parties in this action in addressed as follows:

> **Justin R. Sarno, Esq.**
> Carpenter, Rothans & Dumont
> 888 S. Figueroa Street, Suite 1960
> Los Angeles, CA 90017
> Email: jsarno@crdlaw.com
> FAX: (213) 228-0401

☐    **(By Mail [Federal]) <u>TO ANSWERING PARTY ONLY</u>** I placed such envelope with postage fully prepaid in the UNITED STATES POSTAL SERVICE at Los Angeles, California.

☒    **(By Electronic Mail [Mutual Agreement or Court Order])** I attached the above-described materials in PDF format to an e-mail message having a subject header including the case name and number in the instant case. I addressed said e-mail message to the recipient(s) by the e-mail address(es) specified above and transmitted the e-mail message by clicking "send."

☐    **(Via U.S. Mail [Federal or State] )** I am readily familiar with the practice for the collection and processing of correspondence for mailing with the UNITED STATES POSTAL SERVICE; such envelope will be deposited with the UNITED STATES POSTAL SERVICE on the above date according to ordinary business practices.

☐    **(Via Facsimile)** By transmitting from my business address a true copy thereof from my sending facsimile machine addressed to each individual at its facsimile telephone number set forth above at the time indicated on the transmission verification line thereon.

**Executed on June 19, 2008, at Los Angeles, California.**

☒    **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

_____

Olu K. Orange, Esq.